**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND et al.,

          Petitioners,

-against-

EVEREST CONTRACTING CORP., *d/b/a Everest Construction Inc.*,

          Respondent.

------------------------------------- x

ORDER

20 Civ. 666 (GBD)

GEORGE B. DANIELS, United States District Judge:

Petitioners' letter requesting that this Court deem their petition as an unopposed motion for summary judgment, (ECF No. 9), is DENIED. Plaintiff shall file any motion for default judgment within sixty (60) days of this Order.

Dated: New York, New York
      March 6, 2020

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge