UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY fund et al.,

                Petitioners,

-against-

EVEREST CONTRACTING CORP., *d/b/a Everest Construction Inc.*,

                Respondent.

------------------------------------------------------x

DEFAULT JUDGMENT

20 Civ. 666 (GBD)

GEORGE B. DANIELS, United States District Judge:

This action having been commenced on January 24, 2020, by the filing of a Petition to Confirm Arbitration Award ("Petition"), and a copy of the Petition and Summons having been served on Respondent, Everest Contracting Corp., through Sonia Tacinelli, a managing agent of Respondent, on February 8, 2020, and Respondent having failed to answer, appear, or otherwise move with respect to the Petition, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Petition to Confirm Arbitration Award in the above-captioned action, (ECF No. 1), is GRANTED.

Dated: New York, New York
       April 6, 2020

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge