**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRUSTEES OF THE NEW YORK CITY DISTRICT       :
COUNCIL OF CARPENTERS PENSION FUND,           :
WELFARE FUND, ANNUITY FUND, AND                :
APPRENTICESHIP, JOURNEYMAN RETRAINING,    :
EDUCATIONAL AND INDUSTRY FUND,                  :
TRUSTEES OF THE NEW YORK CITY                      :
CARPENTERS RELIEF AND CHARITY FUND,          :
CARPENTER CONTRACTOR ALLIANCE OF             :       ORDER
METROPOLITAN NEW YORK, and NEW YORK       :
CITY DISTRICT COUNCIL OF CARPENTERS,          :       20 Civ. 666 (GBD)
                                                                           :
                                    Petitioners,                       :
             -against-                                                :
                                                                           :
                                                                           :
EVEREST CONTRACTING CORP., *d/b/a Everest*   :
*Construction Inc.*,                                            :
                                                                           :
                                    Respondent.                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is hereby ORDERED to enter final judgment in favor of Petitioners

against Respondent (1) in the amount of $5,225.39, representing the Arbitration Award (the

"Award"), plus interest from the date of the Award through the date of judgment to accrue at the

annual rate of 7.5% pursuant to the Award, (2) in the amount of $1,125 in attorney's fees, $75 in

costs arising out of Petitioners' Petition, and (3) post-judgment interest at the statutory rate.

Dated: New York, New York                      SO ORDERED:
          July 27, 2020

                                                         *George B. Daniel*
                                                         GEORGE B. DANIELS
                                                         United States District Judge