UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                    Petitioners,                    20 **CIVIL** 666 (GBD)

    -against-                                   **JUDGMENT**

EVERSET CONTRACTING CORP., d/b/a
Everest Construction Inc.,
                    Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 27, 2020, final judgment is entered in favor of Petitioners against Respondent (1) in the amount of $5,225.39, representing the Arbitration Award, plus interest from the date of the Award through the date of judgment to accrue at the annual rate of 7.5% pursuant to the Award, in the amount of $277.02, (2) in the amount of $1,125 in attorney's fees, $75 in costs arising out of Petitioners' Petition, and (3) post-judgment interest at the statutory rate.

**Dated:**  New York, New York
        July 27, 2020

                                               **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                            **BY:**
                                                  **Deputy Clerk**